[No. 12306-5-III.   Division Three.   December 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LEO
STECKLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 91-1-01634-0, Thomas E. Merryman, J., entered
February 28, 1992. *Affirmed* by unpublished opinion per

Thompson, C.J., concurred in by Sweeney, J., and Schacht, J. Pro Tem.